UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY A. GAUBATZ, ) | CASE NO. 1:22-cv-01264 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. ) | |
| ) | |
| COMMISIONER OF SOCIAL ) | **ORDER OF REMAND** |
| SECURITY, ) | |
| ) | |
| Defendant. | |

Before the Court is the report and recommendation ("R&R") of the magistrate judge in the above-captioned case. (Doc. No. 11.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made . . . .

28 U.S.C. § 636(b)(1). The R&R was filed on January 17, 2023.

On January 30, 2022, the Commissioner of Social Security filed a response indicating that there would be objection to the magistrate judge's recommendation that the final decision be vacated and the case remanded for further consideration because the Administrative Law Judge failed to apply proper legal standards in his evaluation of Plaintiff's gout-related subjective symptom complaints.

No objections having been heard, the Court adopts the recommendation, vacates the decision of the decision of the Commissioner of Social Security and remands this

matter for further proceedings.

        **IT IS SO ORDERED.**

**Date**: February 3, 2023

                                            BRIDGET MEEHAN BRENNAN
                                            UNITED STATES DISTRICT JUDGE